UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
REBECCA VELA

CASE NO. 07 B 12465

CHAPTER 13

JUDGE: MANUEL BARBOSA

Debtor  
SSN XXX-XX-9777

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the adminstration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/12/07 .

2. The case was dismissed without confirmation, 09/06/2007.

3. The Debtor paid a total of $    950.00 .

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CHASE HOME EQUITY | SECURED | .00 | .00 | .00 |
| CHASE HOME EQUITY | MORTGAGE ARRE | NOT FILED | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, THOMAS R HITCHCOCK            , was allowed $         .00 and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $    950.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/20/07                     /S/  
                                    GLENN STEARNS  
                                    CHAPTER 13 TRUSTEE

```
                                        PAGE   2
    CASE NO. 07 B 12465 REBECCA VELA
```